


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DEREK SURFACE

          Plaintiff,

v.                                        Case No. SA:14-cv-567-XR

NATIONAL CREDIT ADJUSTERS, LLC

          Defendant.

## DEFAULT ENTRY BY CLERK

It appearing from the records in the above entitled action that summons, issued on the Plaintiff's Complaint, has been served upon the defendant named below, and it further appearing from the affidavit of counsel for plaintiff that defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for Plaintiff, the default of the following named defendant is hereby entered:

          National Credit Adjusters, LLC

          WILLIAM G. PUTNICKI, CLERK
          UNITED STATES DISTRICT COURT

          By:
          Wayne Garcia, Deputy Clerk

DATED: Sept. 25, 2014