# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEREK SURFACE, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. SA-14-CV-567-XR |
| NATIONAL CREDIT ADJUSTERS, LLC, | § § § | |
| *Defendant.* | § § § | |

## ORDER

On this day the Court considered the Plaintiff's Response (docket no. 10) to the Court's Order and Advisory (docket no. 9). Plaintiff prefers to submit an affidavit to support his motion for entry of default judgment (docket no. 7) rather than have a hearing. Therefore, the Court ORDERS the Plaintiff to submit an affidavit to support his claims by **January 10, 2015**.

It is so ORDERED.

SIGNED this 22nd day of December, 2014.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE